JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES III, LLC,** a Delaware limited liability company doing business as **Montclair Hospital Medical Center;**<br><br>Plaintiff<br><br>vs.<br><br>**ANTHEM BLUE CROSS BLUE SHIELD OF GEORGIA, INC.,** a Georgia corporation; **HEALTH CARE SERVICE CORPORATION,** a Mutual Legal Reserve Company doing business as Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of Oklahoma, Blue Cross Blue Shield of New Mexico and Blue Cross Blue Shield of Texas; **COMMUNITY INSURANCE COMPANY, INC.,** an Ohio corporation doing business as Anthem Blue Cross & Blue Shield; **PREMERA BLUE CROSS BLUE SHIELD OF ALASKA,** an Alaska Corporation; **HIGHMARK BLUE CROSS BLUE SHIELD OF PENNSYLVANIA,** a Pennsylvania Corporation; **WELLMARK , INC.,** an Iowa Corporation doing business as Blue Cross Blue Shield of Iowa; **PREMERA BLUE CROSS,** a Washington Corporation; **CARE FIRST OF MARYLAND, INC.,** a Maryland Corporation; **BLUE** | Case No. 2:10-CV-09961-DMG-CW<br><br>**ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1) [116]** |

| | |
|---|---|
| **CROSS BLUE SHIELD OF MICHIGAN,** a Michigan Corporation; **ANTHEM HEALTH PLANS OF VIRGINIA,** a Virginia Corporation doing business as Anthem Blue Cross Blue Shield of Virginia; **BLUE CROSS BLUE SHIELD OF ALABAMA,** an Alabama Corporation; **ANTHEM HEALTH PLANS, INC.,** a Connecticut Corporation; **BLUE CROSS BLUE SHIELD OF FLORIDA, INC.,** a Florida Corporation; **BCBSM, INC.** a Minnesota Corporation doing business as Blue Cross Blue Shield of Minnesota; **HEALTHCHOICE ASSURANCE, INC.** a New York Corporation doing business as Empire Blue Cross Blue Shield; **BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, Inclusive.**<br><br>                    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-entitled action shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear their owns costs and fees.

Dated:   September 12, 2012        _____
                                                           DOLLY M. GEE
                                                           UNITED STATES DISTRICT JUDGE